UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES<br><br>v.<br><br>DAVID C. JACKSON and ALEX HURT | Crim. No. 3:14cr250 (JBA)<br><br>September 2, 2015 |
|---|---|

**ENDORSEMENT ORDER**

For the reasons stated on the record during the telephonic pre-trial conference held this date, the Government's Motion [Doc. # 103] in Limine regarding the proposed testimony of Defendant Jackson's probation officer is GRANTED. The probation officer may testify about the terms of Mr. Jackson's supervised release, specifically the requirement that he obtain permission to travel out of state, and Mr. Jackson's compliance with that requirement.

IT IS SO ORDERED.

   /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 2nd day of September 2015.