UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>    v.<br><br>DAVID JACKSON and ALEX HURT | Crim. No. 3:14cr250 (JBA)<br><br>September 24, 2015 |

## ENDORSEMENT ORDER

For the reasons stated on the record this date, Mr. Hurt's Motion [Doc. # 126] in Limine to Preclude Government from Introducing Defendant Alex Hurt's Federal Tax Returns is GRANTED in part and DENIED in part. Testimony regarding the absence of Mr. Hurt's 2014 tax returns is excluded; his 2013 tax records are marked for identification until further order. Testimony and evidence regarding Mr. Hurt's 2010, 2011, and 2012 tax returns is allowed. Mr. Jackson's Motion [Doc. # 127] in Limine to Preclude Tax Records is also GRANTED in part and DENIED in part. Testimony and evidence regarding the status of Mr. Jackson's 2010, 2011, 2012, and 2013 tax returns will be permitted, but testimony and evidence regarding the status of Mr. Jackson's 2014 tax returns is excluded.

IT IS SO ORDERED.

    /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 24th day of September 2015.